00-cr-352 L(3)

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 30 2006

LORETTA G. WHYTE
Clerk

To Clark of court

Im Requesting A copy of my sentencing Transcing, I will like to Recieve it. Im sending you A copy of How much money I Recieve An The last six month's to let the court know I can't pay for it. And im Asking for Anothere copy of my Criminal Doket case's The number to this case is # 00-CR-352- All plus other Dockets to This case The Number to These Are case's is # 2:00-m-00273   # 2:00-m-00274
# 2:03-m-00270.

Think you for your Time

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | #27312034 | Current Institution: | Beaumont FCC |
| Inmate Name: | RODRIGUE, JULES | Housing Unit: | B/A |
| Report Date: | 06/27/2006 | Living Quarters: | B01-101U |
| Report Time: | 6:13:04 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6914 |
| PAC #: | |
| FRP Participation Status: | Refused |
| Arrived From: | ERE |
| Transferred To: | |
| Account Creation Date: | 10/14/2003 |
| Local Account Activation Date: | 1/15/2005 3:53:25 AM |
| Sort Codes: | |
| Last Account Update: | 6/19/2006 11:17:03 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $52.99 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $52.99 |
| National 6 Months Deposits: | $110.50 |
| National 6 Months Withdrawals: | $108.12 |
| National 6 Months Avg Daily Balance: | $12.66 |
| Local Max. Balance - Prev. 30 Days: | $100.19 |
| Average Balance - Prev. 30 Days: | $45.79 |

## Commissary History

### Purchases

Validation Period Purchases: $47.20
YTD Purchases: $206.27
Last Sales Date: 6/19/2006 11:17:03 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $25.00
Expended Spending Limit: $23.80
Remaining Spending Limit: $1.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

