UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| v. | * | NUMBER 00-352 |
| JULES RODRIGUE | * | SECTION "L" |

### ORDER

IT IS ORDERED that the Defendant's Motion for Copy of Sentencing Transcript (Rec. Doc. 89) is GRANTED.

New Orleans, Louisiana, this  17th  day of    July   , 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following:

Jules Rodrigue, #27312-034
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

Betty DiMarco, Supervisor
Court Recorder Clerks