```
                     UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF LOUISIANA

                              NEW ORLEANS

 UNITED STATES OF AMERICA              CRIMINAL ACTION #00-352

 VERSUS                                SECTION: "L"

 JULES RODRIGUE                        JUNE 20, 2001


                              SENTENCING

****************************************************************
                       TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
****************************************************************
APPEARANCES:

FOR THE GOVERNMENT:              JOHN MURPHY, ESQ.
                                 AUSA
                                 500 POYDRAS ST
                                 NEW ORLEANS, LA 70130



FOR THE DEFENDANT:                RAECHELLE VIX, ESQ
                                  2251 VIENNA STREET
                                  NEW ORLEANS, LA 70122-5447
                                  504-835-3216



REPORTED BY:        PATRICIA DURONCELET-RALPH, CCR
                    CERTIFIED COURT REPORTER
                     4501 GOOD DRIVE
                    NEW ORLEANS, LA 70127
                     504-248-2819




RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIBED BY CAT
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2          BY THE CLERK:  Criminal action number 00-352, United
 3  States of America versus Jules Rodrigue .
 4          Mr. Murphy:  Your Honor, John Murphy on behalf of the
 5  government.
 6          MS. VIX:  Raechelle Vix on behalf of Mr. Jules Rodrigue.
 7          THE COURT:  Are you Mr. Jules Rodrigue, sir?
 8          THE DEFENDANT:  Yes, sir.
 9          THE COURT:   The matter is before the Court for
10  sentencing.  The defendant has pled guilty to counts one and two
11  of the superceding indictment.  Any reason why sentence should
12  not be imposed at this time?
13          MR. MURPHY:  No, Your Honor.
14          MS. VIX:  No, sir.
15          THE COURT:  Have you received a copy of the presentence
16  investigation report, Mr. Rodrigue?
17          THE DEFENDANT:  Yes, sir.
18          THE COURT:  You read it and you understand it, sir?
19          THE DEFENDANT:  Yes, sir.
20          THE COURT:  I understand the government has indicated
21  that there's no objections to the report, is that correct?
22          MR. MURPHY:  That's correct, Your Honor.
23          THE COURT:  And the defendant has indicated that he has
24  no objections.
25          MS. VIX:  That's correct, Your Honor.
```

```
 1          THE COURT:  There being no further objections to the
 2  remaining factual statements contained in the report, the Court
 3  will accept those statements and adopt those statements as it's
 4  findings of fact.  After considering the conclusions of the
 5  presentence investigation report, which the Court agrees with and
 6  adopts the conclusions and determines that the applicable
 7  guidelines are as follows:
 8               Total offense level 20;
 9               Criminal history category 3;
10               Indicating forty-one to fifty-one month
11               imprisonment as to count one;
12               Sixty month imprisonment consecutive term of
13               imprisonment as to count two;
14               Probation is not eligible;
15               Three to five years supervised release;
16               Seventy-five thousand dollars fine;
17               Seventeen thousand nine fifty-nine fifty-five
18               restitution;
19               Two hundred dollars special assessment.
20          Does the government have any motions at this time?
21          Mr. Murphy:  No, Your Honor, but we will be moving to
22  dismiss the underlying indictment following the sentencing.
23          THE COURT:  Mr. Rodrigue, you have the right to make a
24  statement, present any information in mitigation of sentence, or
25  say anything you would like to say regarding the matter before I
```

1 impose sentence upon you, sir.

2 THE DEFENDANT: I would like to apologize to the federal
3 government. I apologize that I did what I did. I'm accepting my
4 responsibility to what I did. And whenever I get out of the
5 federal system I just pray that I be a better person, you know.
6 That's all I can really say. I apologize.

7 THE COURT: Counsel, do you have anything to add?

8 MS. VIX: No, sir.

9 THE COURT: Pursuant to the sentencing reform act of
10 1984, it is the judgment of the Court that the defendant, Jules
11 Rodrigue is hereby committed to the custody of the Bureau of
12 Prisons to be imprisoned for a term of forty-one months as to
13 count one.

14 As to count two a term of sixty months is imposed to run
15 consecutively as the statute applies as to count one.

16 The Court finds that the Mississippi River Bank in
17 Harvey, Louisiana has suffered compensable injury under the
18 victims protection act in the amount of seventeen thousand nine
19 hundred and fifty-nine dollars and fifty-five cents. The
20 defendant shall make restitution of seventeen thousand nine
21 fifty-nine fifty-five to such person in the total amount. Except
22 that no further payment shall be required after the sum of the
23 amounts actually paid by the defendant has been fully covered.

24 The Court finds that the defendant does not have the
25 ability to pay interest on the restitution, the Court will waive

1  interest on the restitution.
2          Payment of the restitution of seventeen thousand nine
3  hundred fifty-nine dollars and fifty-five cents shall begin while
4  the defendant is incarcerated.
5          Upon release, any unpaid balance shall be paid at the
6  rate of a hundred dollars a month.
7          On release from imprisonment, the defendant shall be
8  placed on supervised release for a term of five years.  This term
9  consist of the term of five years as to each count, one and two.
10 All such terms to run concurrently.
11         Seventy-two hours after release from the custody of the
12 Bureau of prisons, the defendant shall report in person to the
13 probation office in the district to which the defendant is
14 released.  While on supervised release the defendant shall comply
15 with the mandatory and standard conditions that have been adopted
16 by the court and not possess a firearm.
17         In addition, the following special conditions are
18 imposed:
19             (1) drug abuse treatment and or testing condition.
20         You should take advantage of that, sir.  You've got a
21         problem, you need to take advantage of it while you are
22         in jail;
23             (2) the defendant shall pay any restitution that is
24         imposed by this judgment;
25             (3) mental health treatment conditions,

```
 1              (4) orientation condition, life skills condition.
 2         The Court finds that the defendant does not have the
 3  ability to pay a fine, the Court will waive the fine in this
 4  case.
 5         It is further ordered the defendant shall pay to the
 6  United States a special assessment fee of two hundred dollars,
 7  due immediately.
 8         At this time, Mr. Rodrigue, I advise you that you have a
 9  right to appeal the sentence, to the extent that you have not
10  waived that right.  If you aren't able to afford the services of
11  an attorney I will appoint one for you.  If you can't afford a
12  copy of this record I will make it available to you at the
13  government's expense.
14         The defendant shall be remanded to the United States
15  Marshal.
16         MR. MURPHY:  Your Honor, the government moves to dismiss
17  the underlying indictment.
18         THE COURT:  Let it be done.
19                           *     *     *
20
21
22
23
24
25
```