U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR - 4 2008

LORETTA G. WHYTE
Clerk

To: CLERK OF COURT
From: JULES RODRIGUE
CRIMINAL ACTION # 00-352 L(3)

I'm requesting for a copy of my indictment, in guilt plea transcript, I have know money so there for im enorgiat.

Thank you for your time

TENDERED FOR FILING

APR - 4 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

## Deposits

| | | | |
|---|---|---|---|
| Inmate Reg #: | 27312034 | Current Institution: | Lewisburg USP |
| Inmate Name: | RODRIGUE, JULES | Housing Unit: | LEW-Z-A |
| Report Date: | 03/26/2008 | Living Quarters: | Z01-009LAD |
| Report Time: | 1:47:00 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/18/2008 12:01:19 PM | Sales | ($2.90) | 8 | | $0.26 |
| 3/10/2008 8:59:29 AM | FRP Quarterly Pymt | $0.00 | HIOS011 | | $3.16 |
| 3/7/2008 9:59:50 AM | Payroll - IPP | $3.12 | HIPP0208 | | $3.16 |
| 12/6/2007 2:10:13 PM | FRP Quarterly Pymt | $0.00 | HIOS005 | | $0.04 |
| 9/22/2007 4:42:03 AM | Transfer - In from TRUFACS | $0.04 | TX092207 | | $0.04 |

1

Inmate Name: JESRODRIGUEZ
Register Number: 27312-034
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
28 MAR 2008 PM 5 L

CLERK'S OFFICE
UNITED STATES DISTRICT COURT

