UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-352 |
| JULES RODRIGUE | * | SECTION "L" |

## ORDER

IT IS ORDERED that the defendant Jules Rodrigue's Motion to Obtain Documents (Rec. Doc. 94) is GRANTED. The Clerk is directed to send the defendant a copy of this Order, the Superseding Indictment (Rec. Doc. 3), and the Transcript from his February 23, 2001 plea hearing at the below address.

New Orleans, Louisiana, this __19th__ day of __May__, 2008.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following:

Jules Rodrigue, #27312-034
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Betty DiMarco, Supervisor
Court Recorder Clerks